

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00364-CR

Kenneth **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR4751
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which counsel asserts there are no meritorious issues to raise on appeal. We therefore ordered appellant to file a pro se brief by January 17, 2023, if he desired to file a brief. On January 5, 2023, appellant filed a pro se motion requesting a copy of the appellate record and thirty-day extension of time to file his pro se brief. After consideration, we **grant** the motion, **order** the clerk of this court to send appellant a copy of the record, and **order** appellant to file his pro se brief **by February 16, 2023.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2023.

_____
Michael A. Cruz,
Clerk of Court